THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL VELTKAMP,

    Plaintiff,

    v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. C17-5467-JCC

ORDER

This matter comes before the Court on the parties' stipulated motion to remand for further proceedings (Dkt. No. 13). The motion is GRANTED.

The Court ORDERS that the Commissioner's decision in regard to Plaintiff's application for disability insurance and supplemental security income payments under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings, including a new hearing and a new decision. The Appeals Council agrees to affirm the Administrative Law Judge's (ALJ) finding that Plaintiff was disabled for the period between February 27, 2009 and April 3, 2015. The Appeals Council agrees to remand this case to an ALJ for resolution of the following issues for the period beginning April 4, 2015 the ALJ will: reevaluate the improvement in Plaintiff's condition, including a reevaluation of the medical opinion evidence; reconsider Plaintiff's subjective

1 statements; reassess Plaintiff's residual functional capacity; and, if necessary, obtain
2 supplemental evidence from a vocational expert.
3     This Court hereby REVERSES the Commissioner's decision under sentence four of 42
4 U.S.C. §405(g) and REMANDS the case to the Commissioner for further proceedings. *See*
5 *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).
6     DATED this 14th day of November, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE