THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL VELTKAMP,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY BERRYHILL,<br><br>　　　　　　Defendant. | CASE NO. C17-5467-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 16). Plaintiff prevailed on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 13, 14.) Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 16). Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $1,965.34. The Court also AWARDS expenses in the amount of $3.00.

Subject to any offset by the Department of Treasury, the check for attorney fees shall be made payable to Plaintiff's attorney, Janet Leanne Martinez. Regardless of any offset, the check shall be mailed to Janet Leanne Martinez at the following address: Douglas Drachler McKee & Gilbrough, 1904 3rd Ave, Suite 1030, Seattle, WA 98101.

//

//

ORDER
C17-5467-JCC
PAGE - 1

1    DATED this 27th day of December 2017.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-5467-JCC
PAGE - 2